IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK A. FOGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:21-cv-00060-HEA |
| | ) | |
| vs. | ) | |
| | ) | |
| QUIKTRIP CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT**

Comes now Plaintiff and in support of Plaintiff's Motion to file an Amended Complaint, states as follows:

The Court entered a discovery Case Management Order ordering that amendment of pleadings shall be filed no later than May 28, 2021. Plaintiff has received discovery materials from Defendant, including video of the accident in question, which has led to the filing of the Amended Complaint.

Wherefore, Plaintiff Patrick Fogerty prays the Court for leave to file the attached Amended Complaint, and for whatever further relief this Court deems just and proper.

Robert J. Radice #30697MO
HORAS, RADICE & ASSOCIATES, LLC
Attorneys for Plaintiff
2123 Marconi Avenue
St. Louis, MO 63110
(314) 241-4505
(314) 241-7779 Fax
bradice@HRmidwestlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this _11th_ day of <u>March</u> 2021 via the Court's ECF filing system upon: Matthew J. Reh, Esq., Katherine Ricks, Esq., Armstrong Teasdale LLP, Attorneys for Defendant, 7700 Forsyth Blvd., Ste. 1800, St. Louis, MO 63105, mreh@atllp.com, kricks@atllp.com.