

DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989