IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK A. FOGERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:21-cv-00060-HEA |
| | ) | |
| vs. | ) | |
| | ) | |
| QUIKTRIP CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED COMPLAINT

Comes now Plaintiff Patrick Fogerty, and for his cause of action against Defendant QuikTrip Corporation, states as follows:

## COUNT I

1. Plaintiff is a resident of the State of Missouri.

2. Defendant QuikTrip Corporation is a foreign corporation in good standing which transacts business in the State of Missouri.

3. At all relevant times Defendant acted by and through its agents, servants and/or employees.

4. At all relevant times Defendant owned and operated a QuikTrip located at 4450 Meramec Bottom Road, St. Louis, MO 63129.

5. On September 2, 2020, Plaintiff was a business invitee at Defendant's QuikTrip referenced above, when Plaintiff fell due to water on the floor of the QuikTrip, which was an unsafe condition, and which was caused by Defendant.

6. Defendant knew of the unsafe condition of the wet floor, caused the unsafe

1

**Plaintiff's MIOMSJ
Exhibit 2**

condition of the wet floor, but failed to use ordinary care to remove said unsafe condition.

7. Due to Defendant's failure to use ordinary care/negligence as set forth above, Plaintiff sustained serious personal injuries, including a fracture of his spine, injuries to his back, right elbow and left hip. Plaintiff has undergone, and continues to undergo medical treatment, and has incurred, and continues to incur medical expenses.

WHEREFORE, Plaintiff Patrick A. Fogerty prays for judgment against Defendant QuikTrip Corporation in an amount that is fair and reasonable, but in excess of $75,000.00, exclusive of interest and costs, for pre-judgment interest, post-judgment interest, costs and for whatever further relief this Court deems just and proper.

## COUNT II

8. Plaintiff realleges and reasserts as if fully set forth herein paragraphs 1, 2, 3 and 4 of Count I of Plaintiff's Amended Complaint.

9. On September 2, 2020, Plaintiff was a business invitee at Defendant's QuikTrip referenced above, when Plaintiff fell within the QuikTrip because of water on the bottom of his shoes due to the fact that Defendant had sprayed the outside entrance to the QuikTrip with water thereby creating a dangerous and unsafe condition at the QuikTrip.

10. Due to the carelessness and negligence of Defendant, Plaintiff slipped and fell inside the QuikTrip.

11. Due to the carelessness and negligence of Defendant set forth above, Plaintiff sustained serious personal injuries, including a fracture of his spine, injuries to his back, right elbow and left hip. Plaintiff has undergone, and continues to undergo medical treatment, and has incurred, and continues to incur medical expenses.

WHEREFORE, Plaintiff Patrick A. Fogerty prays for judgment against Defendant QuikTrip Corporation in an amount that is fair and reasonable, but in excess of $75,000.00, exclusive of interest and costs, for pre-judgment interest, post-judgment interest, costs and for whatever further relief this Court deems just and proper.

Robert J. Radice #30697MO
HORAS, RADICE & ASSOCIATES, LLC
Attorneys for Plaintiff
2123 Marconi Avenue
St. Louis, MO 63110
(314) 241-4505
(314) 241-7779 Fax
bradice@HRmidwestlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 11th day of March 2021 via the Court's ECF filing system upon: Matthew J. Reh, Esq., Katherine Ricks, Esq., Armstrong Teasdale LLP, Attorneys for Defendant, 7700 Forsyth Blvd., Ste. 1800, St. Louis, MO 63105, mreh@atllp.com, kricks@atllp.com.