

# Deposition of
# **Daniel Sexauer**

**Date:** July 16, 2021

**Case:** PATRICK A. FOGERTY, v. QUIKTRIP CORPORATION

**No.** 4:21-cv-00060-HEA

**Court Reporter:** Valerie Lehr, CSR, CCR

Paszkiewicz Court Reporting
Phone: 618-307-9320
Toll-Free: 855-595-3577
Fax: 618-855-9513
www.spreporting.com

**Plaintiff's MIOMSJ
Exhibit 3**

Daniel Sexauer
July 16, 2021

Page 15

A.      No.

Q.      -- and one lead into something else?

A.      No.  It's just the front of the store.

Q.      So if somebody wanted to come into the store, they could use either entrance?

A.      Yes.

Q.      Okay.  And the floor surface at the store at the front entrance, the right front entrance as you're facing the store, the one where Pat fell --

A.      Uh-huh.

Q.      -- what is the floor surface?  What is it made out of?  Is it ceramic tile?

A.      It looks like ceramic tile, but I can't tell you.  I don't know exactly what type of flooring that is.

Q.      Is it a hard surface, like, ceramic tile?

A.      Yes.

Q.      Is that same floor there now?

A.      Yes.

Q.      Is that the floor throughout the store?

A.      Yes.

Daniel Sexauer
July 16, 2021

Page 16

Q.    So if you came in the other entrance, you'd encounter the same type floor?

A.    Yes.

Q.    Does that floor tend to be potentially slippery when it's wet?

MS. RICKS:  Objection.  Calls for speculation.

BY MR. RADICE:

Q.    If you know.  You work there.  I'm just trying to get an idea.

A.    Could it?

Q.    Yeah.

A.    I guess it would have the potential.

Q.    In the video, there's a mat in the area of the entrance where Pat fell.  Is that mat always there or was it just put there that day?

A.    That's there.

Q.    All the time?

A.    Uh-huh.

Q.    Is that a "yes"?

A.    Yes.

Q.    And the mat, is it kind of a carpet?

A.    Yes.

Q.    Okay.  And the weather that day, do you recall it as being dry outside?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Daniel Sexauer
July 16, 2021

A.    Yes.

Q.    So the roads and the surfaces were dry, unless somebody sprayed water on them, for example?

A.    I believe.  Yeah.

Q.    Okay.  The roads weren't wet, were they?

MS. RICKS:  If you remember.

BY MR. RADICE:

Q.    If you remember.

A.    If I remember, I don't remember.

Q.    Seeing the video, it appears that everything was dry that day.  Does that meet with your recollection, with the exception with after the hosing took place?

A.    Yes.

Q.    All right.  So I'm going to hand you some photos that I received from QuikTrip's attorney.

MR. RADICE:  These are the ones you gave me.

BY MR. RADICE:

Q.    I had filed a request for production and asked for copies or any videotapes or photographs depicting the incident involving my

Daniel Sexauer
July 16, 2021

Page 22

Q.    No.  Did you see the video?

A.    **No.**

Q.    I thought you said you did.

A.    **I saw the video but not of him washing the lot.**

Q.    You didn't?

A.    **No.**

Q.    All right.

A.    **No.**

Q.    I'm going show you Defendant's Exhibit C.  I think I didn't make a copy of it, but this was -- we used it as an exhibit in a past deposition yesterday and it was taken on the day of the incident just before the fall took place.  It shows Pat, you know, starting to enter into the store.  Do you see that?

A.    **Yes.**

Q.    And when you look at that photo, does it show the area where the entrance is located to be wet?

A.    **Yes.**

Q.    Okay.

A.    **It appears to be wet.**

Q.    Okay.  And do you know how it got wet?

Daniel Sexauer
July 16, 2021

Page 23

A.    From power-washing.

Q.    Okay.  And you don't know the person who power-washed it, but do you know why that person was power-washing it?

A.    It was a task that we do weekly.

Q.    What do you mean, it was a test?

A.    A task.

Q.    A task.  What was the task and who gave this employee the task?

A.    It is QuikTrip.  We have a set of tasks that we do.

Q.    Okay.

A.    And it was -- I don't know how busy it was, but if it was slower, we sent him out to power-wash.

Q.    What was he supposed to power-wash?

A.    That I don't remember.

Q.    Okay.  When you look at Exhibit C -- and I've looked at the video -- it appears that whoever did the power-washing, did it in front of the entrance where Pat fell back towards to the right of the building as you face it but did not go to the left as you face it towards the other entrance.  Do you know why?  I mean, do you know why?  I mean, do you know what the task was this

Daniel Sexauer
July 16, 2021

Page 54

procedures?

A.    I do not.  No.

Q.    You have no recollection independently of seeing any liquid or substance on the floor at that entrance that day; is that correct?

A.    I do not.

MS. RICKS:  All right.

EXAMINATION

BY MR. RADICE:

Q.    You don't have any knowledge one way or the other if there was liquid on the floor; correct?

A.    **I don't have knowledge -- I do not know if there was water or liquid on the floor.**

Q.    You don't have a recollection of whether there was or whether there wasn't?

A.    I do not.

**EXAMINATION**

BY MS. RICKS:

Q.    Dan, is it your usual practice, if you see any water or substance on the floor, would you typically stop what you're doing and clean it up?

A.    Yes.