

2020-Sep-02 12:47:22.877 PM (CDT)

Case: 4:21-cv-00060-HEA   Doc. #: 37-4   Filed: 04/14/22   Page: 1 of 1 PageID #: 195

Plaintiff's MIOMSJ
Exhibit 4

Front Entry
Unknown