

2020-Sep-02 12:51:42.701 PM (CDT)

DEFENDANT'S
EXHIBIT
B