

**Plaintiff's Exh. 1 to Daniel Sexauer Depo**